[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 1219.]

AKL, APPELLEE, *v.* EL CHAFEHI, APPELLANT.

[Cite as *Akl v. El Chafehi*, 1998-Ohio-241.]

*Appeal dismissed as improvidently allowed.*

(No. 97-1394—Submitted May 26, 1998—Decided July 1, 1998.)

APPEAL from the Court of Appeals for Lucas County, No. L-96-129.

————————

*Pheils & Wisniewski* and *David R. Pheils, Jr.*, for appellee.

*Dinsmore & Shohl, L.L.P., Michael L. Squillace, Joel S. Taylor* and *Anthony J. Celebrezze, Jr.; Dixon & Dixon* and *Randall C. Dixon*, for appellant.

————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, GWIN, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

W. SCOTT GWIN, J., of the Fifth Appellate District, sitting for RESNICK, J.

————————